IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARY MANGRUM, individually and as )
Administratrix of the Estate of Charles )
E. Mangrum, deceased ) No. 3-09-0630
)
v. )
)
SUNBEAM PRODUCTS, INC.; and )
WAL-MART STORES EAST, LP )

O R D E R

The parties' joint motion to continue judicial settlement conference (Docket Entry No. 27) is GRANTED.[1]

The settlement conference, scheduled by order entered April 6, 2010 (Docket Entry No. 25), on May 21, 2010, is RESCHEDULED to **Tuesday, June 29, 2010, at 9:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

In their motion, the parties indicated their desire to submit a joint report if their own settlement negotiations proved unfruitful and to request that a settlement conference be scheduled at that time in June or July of 2010. The undersigned cannot schedule a settlement conference in July, and, if a settlement conference is not scheduled now in June, the parties run the risk that the Court will not be able to reschedule it in June. If June 29, 2010, presents scheduling conflicts for the parties, counsel shall immediately confer and shall call Ms. Jeanne Cox, Courtroom Deputy, at 736-5164, to explore other possible dates in June.[2]

By June 22, 2010, counsel shall deliver under seal directly to Ms. Cox, or to Steve Wilson or Peter Malanchuk, law clerks to the undersigned, separate settlement conference statements. In

---

[1] The portion of the motion seeking to extend deadlines for expert disclosures was granted by order entered April 19, 2010 (Docket Entry No. 27).

[2] The settlement conference was originally scheduled on May 21, 2010, because counsel had not responded to Ms. Cox's email of March 23, 2010.

lieu of personal delivery to chambers, counsel may fax the settlement conference statements to 615-736-7070.

Counsel for the parties shall convene a telephone conference call with the Court on **Wednesday, June 23, 2010, at 1:00 p.m.,** to be initiated by plaintiff's counsel.

In all other respects, the order entered April 6, 2010 (Docket Entry No. 25), remains in full force and effect.

Counsel for the parties shall notify the Court if they have been able to reach a settlement prior to June 29, 2010.

It is so ORDERED.

_JULIET GRIFFIN_
United States Magistrate Judge