IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY MANGRUM, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:09-0630 |
| ) | Judge Trauger |
| SUNBEAM PRODUCTS, INC., et al, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The court has been notified by counsel that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

ENTER this 23rd day of June, 2010.

_____
ALETA A. TRAUGER
U.S. District Judge